UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

(NEWPORT NEWS DIVISION)



YASIR QAHTAN SAUD

-PLAINTIFF-

VS

META PLATFORMS, INC.

[FORMERLY FACEBOOK INC]

-DEFENDANT-

•      •      •      •      •

IN THE CASE OF:

U.S.D.C. N⁰ 4:21-CR-00041

-CIVIL COMPLAINT-

FOR DEFAMATION, NEGLIGENCE, FALSE LIGHT, AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS.

JURY TRIAL DEMANDED

INTRODUCTION

1). Plaintiff YASIR QAHTAN SAUD ("PLAINTIFF") brings this action against

Meta platforms,inc(formerly facebook,inc.)("defendant"or"facebook") for defamation,negligence,false light invasion of privacy,and negligent infliction of emotional distress arising from facebook's false and recless report to the national center for missing and exploited children("NCMEC")alleging that plaintiff distributed child pornography through facebook messanger.

2).Facebooks false and unverified allegations directly resulted in plaintiffs wronful arrest,imprisonment,and irreparable harm to his reputation,carrer,and emotional well-being.dispite a thorough investigation by the federal bureau of investigation("FBI"),no evidence of child pornography was found on any of plaintiffs devices.

3).Facebook acted with reckless disregard for the truth by failing to verify the accuracy of its claims before reporting them to law enforcement,thereby causing plaintiff severe and lasting harm.see Gertz v. Robert welch,inc. 418 U.S. 323(1974)


-JURISDICTION AND VENUE-

4).This court has jurisdiction persuant to 28 U.S.C. §1332(diversity jurisdiction)because the parties are citizens of different states and the amount in controversy exceeds $75,000.Additionally,this court has jurisdiction under 28 U.S.C. §1331(federal question jurisdiction)because the case involves federal privacy rights and corporate negligence.

5).Venue is proper in this district under 28 U.S.C. §1391(b)because defendant conducts substatntial business in this jurisdiction,and a significant portion of the events giving rise to this action occurred here.

## -PARTIES-

6).**PLAINTIFF** YASIR QAHTAN SAUD is a war veteran and former iraqi intelligence officer currently incarcerated at OAKDALE FEDERAL INSTITUTION in louisiana.

7).**DEFENDANT** Meta platforms,inc(formely facebook,inc)ia a delaware corporation with its principal place of business in menlo park ,California.Facebook owns and operates the facebook messanger platform,which was the subject of the false report at issue in this case.

## -FACTUAL ALLEGATIONS-

8).In or around august,2020,Facebook falsely reported to NCMEC that plaintiff engaged in the distribution of child pornography through facebook messanger.

9).Facebook's report included the following unverified and false information: A).An ip. address allegedly linked to plaintiff,without proper verification.

B).An email address falsely attributed to plaintiff,despite plaintiff not having a facebook account associated with the alleged activity.

C).Plaintiff name and image,obtained through unknown and unverified means.

10).Based on facebook's report,the FBI initiated an investigation, seizing 36 electronic devices from plaintiff's home.After a thorough forensic examination,the FBI found no evidence of child pornography on plaintiff's devices.the inventory report explicitly stated,in bold letters,"NOTHING FOUND".

11). The files cited in the govertment's case(e.g."KBIS3146.mov"and IMG_0394.mov")were not found on any devices or account belonging to plaintiff.

12). Facebook's false and unverified report directly caused plaintiff's wrongful arrest,imprisonment,and irreparable harm to his reputation,carrer,and emotional well-being.

13). Facebook failed to exercise reasonable care to verify the accuracy of its allegations before reporting plaintiff to NCMEC and law enforcement.

14). Facebook's actions violated plaintiff's privacy rights and caused severe and lasting harm to his personal and professional life.see Hustler Magazine v. Falwell 485 U.S.(1988).

-CAUSES OF ACTION-

**COUNT 1 DEFAMATION(libel & slander)**

15). Facebook knowingly or reclessly made false statements to NCMEC and law enforcement,falsely accusing plaintiff of distributing child pornography.

16). These false statements were published by NCMEC,the FBI and other law enforcement agencies,leading to plaintiff's wrongful prosecution and imprisonment.

17). Facebook acted with actual malice or reckless disregard for the truth by failing to veryfy the accuracy of its allegation before publishing them.see New York Times Co. v. Sullivan 376 U.S. 254(1964).

18). As direct and proximate result of facebook's defamatory statement,plaintiff suffered severe harm,including wrongful imprisonment,reputational damages,and emotional distress.

(4)

**COUNT 2 negligence**

19). Facebook owed a duty of care to plaintiff and another individuals to exercise reasonable diligence before making criminal allegations that could result in severe harm.

20). Facebook breached this duty by failing to verify the accuracy of its accusations before reporting plaintiff to NCMEC and law enforcement.

21). This breach of duty directly and proximately caused plaintiff's wrongful arrest, imprisonment, and severe emotional distress.

**COUNT 3 FALSE LIGHT INVASION OF PRIVACY**

22). Facebook's false and defamatory report publicly misrepresented plaintiff as a criminal engaged in the distribution of child pornography.

23). This misrepresentation placed plaintiff in a false light, causing irreparable harm to his reputation and emotional well-being.

**COUNT 4 NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

24). Facebook's recless and negligent actions caused plaintiff severe emotional distress, including:
a). Wrongful imprisonment.
b). Public shame and reputational damage.
c). Psychological and emotional suffering.

25). Facebook knew or should have known that falsely accusing someone of a heinous crime would cause severe emotional distress.

(5)

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff YASIR QAHTAN SAUD respectfully request that this court enter judgment in his favor and against defendant Meta Platforms, inc, and award the following relief:

A). **Compensatory damages** for reputational harm, emotional distress, finalcial losses;

B). **Punitive damages** to dter facebook from engaging in similar conduct in the future;

C). **A public retraction and correction** of facebook's false allegations;

D). **An injunction** requiring facebook to reform its reporting process to prevent further wrongful accusations; and

E). **Any further relief** deemed just and proper by this court.

## **DEMAND FOR JURY TRIAL**

plaintiff demands a trial by jury on all claims so triable.

dated: 02/18/2025

pro-se litigant

YASIR QAHTAN SAUD

OAKDALE F.C.I. 2

REG. N: 53668-509

P.O. BOX 5010

OAKDALE LA. 71463

SIGNATURE: _____
-PROSE LITIGANT-

(6)

# - EXHIBITS -

THE FOLLOWING ATTACHMENTS HEREIN, ARE REQUESTS MADE TO "META PLATFORMS INC." VIA CERTIFIED MAIL REQUESTING TO INFORMALLY RESOLVE THE ISSUE OF ITS DENOUNCEMENT TO THE "NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN ("NCMEC")" AGAINST ME. THEY DID NOT PROVIDE ME WITH A RESPONSE.

FEDERAL CORRECTIONAL INSTITUTION
OAKDALE F.C.I.-2

DATE: 12/07/2024

TO: INFORMATION AND CUSTOMER SERVICES.

DEAR, META PLATFORM'S INC. VERY GOOD DAY TO YOU. ON: 11/27/2023, I SENT YOU A LETTER (A COPY OF WHICH IS ATTACHED HERE) IT HAS BEEN MORE THAN 5 WEEKS, BUT I HAVE NOT RECEIVED A RESPONSE FROM YOUR OFFICE. ACCORDING TO THE U.S.P.S. REGISTERED TRACKING NUMBER ON THE CERTIFIED SLIP, IT HAS NOT BEEN PLACED IN THEIR SYSTEM. SO I AM NOW REQUESTING OF YOU ON A NEED TO KNOW BASIS, IF YOU HAD RECEIVED MY MAIL WHICH IS ADDRESSING A VERY SERIOUS MATTER. A COPY IS HEREBY ENCLOSED, JUST IN CASE.
I ANXIOUSLY AWAIT YOUR PROMPT RESPONSE.

FROM: Yasir Qahtan Saud
REG. N°: 53668509
OAKDALE F.C.I.-2
P.O. BOX 5010
OAKDALE, LA. 71463

SIGNATURE: [signature]

FEDERAL CORRECTIONAL INSTITUTION

OAKDALE FCI- II

Customer Services
Meta Platforms Inc.
Facebook Messenger

Date: 6/12/2024

Notice Of Civil Proceedings Under Law

In or around August of 2020, Facebook provided to the National Center for Missing and Exploited Children ("NCMEC") three cybertips regarding the suspected distribution of child pornography through Facebook Messenger, between certain known Internet Protocol (IP) addresses.

According to NCMEC, Facebook reported this activity along with: (1) The IP address used during the transfers; (2) The associated Facebook account suscriber's e-mail adresses; (3) Listed suspect names; (4) Screen names; and (5) The associated suspect images.

One of those persons, according to federal agents, is Mr. Yasir Qahtan Saud, an Iraqi intelligence officer at the service of the U.S. Allied Forces in Iraq, now a war veteran residing in the United States, and the person providing you with this notice, that will be seeking judicial proceedings against this entity for providing false information, Cybertip, report from your company to NCMEC that Mr. Saud had received and distributed child pornography through "Faceebok Messenger", this was not true.

First, because Mr. Saud does not have a Facebook account, one that your company can provide that is associated with this activity that you can demonstrate; Second, the FBI seized 36 devices from his home, and according to the inventory nothing was found on those devices. But that is not all the files provided by the government "KBIS3146.mov.", "IMG_0394.mov"; isoalisv88itbgh810000000_2981653315255230_1911262078752860797_n.mp4";c9bmiztmjx6x7jq116645906_3102256083198685_426844030363311179_n.mp4". Are not or cannot have been on any computer's Facebook page.

Moreover, how does your company obtain a photographic image, e-mail address, and Mr. Saud's name, when he has none on Faceebook. The defamation based on false evidence provided by your company has Mr. Saud in prison, so here is the bottom line, I am requesting all the information of Mr. Saud that your company provided to MCMEC. A page of the government's statements of fact is being provided to you so you can see the seriousness of this matter. I need the information to certify the truth of this matter, I need to see who is the lier, your people or the FBI. If your company refuses to provide this information or resort to being silent, I have provided you ample notice that civil judicial action for defamation and racial discrimination.

Respectfully submitted this day: _6_/_12_/ 2024, by Yasir Qahtan Saud, Reg. No. 53668-509, Oakdale FCI-2, P.O. Box 5010 Oakdale , LA. 71463.

Signature: _____

Dec. 2, 2023

San Francisco CA

7021 0350 0000 2939 9820

SAUD

Facebook

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee $4.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ ___
☐ Return Receipt (electronic) $ ___
☐ Certified Mail Restricted Delivery $ ___
☐ Adult Signature Required $ ___
☐ Adult Signature Restricted Delivery $ ___

Postage $2.45

Total Postage and Fees $6.00

Sent To: META PLATFORMS INC.
Street and Apt. No., or PO Box No.: 1 HACKER WAY
City, State, ZIP+4: MENLO PARK, CA. 94025

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

[Handwritten on receipt:]
YASIR QAHTAN SAUD
Reg. N°: 53668-509
Oakdale F.C.I. 2
P.O. Box 5010
Oakdale LA.
71463

A67B-C-20

[Postmark: OAKDALE, LA · JAN 12 2024]